■ JOHN L. MENDES v. JOSEPH FLEMING et al.— Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS CAMP.— Motion to consolidate appeal denied. The argument of the appeal taken by defendant-appellant Louis Camp is adjourned to the April 1962 Term of this court. Respondent's points are to be served and filed on or before March 21, 1962. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ LASZLO PALFFY et al. v. LORRAINE DE JONG et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ROSALIND ANZEL et al. v. K. JABLON.— Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ IMMACOLATA G. GALLUZZO v. CHARLES GALLUZZO.— Motion for a stay denied, with $10 costs. The stay contained in the order to show cause, dated January 18, 1962, is vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ WILLIAM G. ADAMS v. FAIRHAVEN PROPERTIES CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ YOLANDA D. DE E. GONZALEZ v. INDUSTRIAL BANK (OF CUBA) et al.— Motion for a stay denied. Concur — McNally, J. P., Stevens Eager, Steuer and Bastow, JJ.

■ WESTHILL EXPORTS LIMITED v. GENEROSO POPE, JR., et al.— Motion to dismiss appeal granted, with $10 costs, unless appellants procure the record on appeal and appellants' points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SOLOMON CHODOROV.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before March 21, 1962. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL GALLELLA.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.